## Ida Lundsey, Appellee, v. Butler Fouts, Administrator, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Fulton county; the Hon. HARRY M. WAGGONER, Judge, presiding. Heard in this court at the April term, 1917. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed October 11, 1917.

### Statement of the Case.

Action by Ida Lundsey, plaintiff, against Butler Fouts, administrator of the estate of Mary S. Carton, deceased, defendant, on a claim for services rendered defendant's intestate. From a judgment for plaintiff for $432, defendant appeals.

M. T. ROBISON, for appellant; B. L. CATRON, of counsel.

HARVEY H. ATHERTON and E. L. WEBER, for appellee.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

DAMAGES, § 153*—*when verdict for personal services as nurse is excessive.* Verdict of $432 for services rendered as practical nurse for a part of the time for a period of 216 days, *held* excessive.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.